IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT WATKINS　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
#257542

v.　　　　　　　　　　　No: 4:21-cv-992-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

JUDGMENT

Watkins's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2022